FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN F.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]<br><br>　　　　　Defendant. | No. 1:24-CV-03130-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>**ECF Nos. 10 & 12** |

　　**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 12. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Lori A. Lookliss represents Defendant. After considering the file and proposed order, **IT IS ORDERED:**

　　1.　The parties' Stipulated Motion for Remand, **ECF No. 12**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner shall: (1) develop the record as necessary; (2) reconsider all relevant issues; (3) offer Plaintiff the opportunity for a new hearing; and (4) issue a new decision.

---

　　[1] Pursuant to Federal Rule of Civil Procedure 25(d), Carolyn W. Colvin, Acting Commissioner of Social Security, is substituted as the named Defendant.

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Opening Brief, **ECF No. 10**, is **STRICKEN AS MOOT**.

4. An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 6, 2025.



_____

ALEXANDER C. EKSTROM

UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2